**Charles VAN CLEAVE, Plaintiff–Cross Appellant,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2007–5076, 2007–5123.

United States Court of Appeals, Federal Circuit.

May 30, 2007.

Charles W. Van Cleave, pro se.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).